UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:

BARBARA GARCIA                                    Bankruptcy Case No. 09-09187

          Debtor,                                 Adversary Proceeding No. 11-80147
_____/

MARCIA MEOLI, Trustee,

          Plaintiff,                               Case No. 1:11-cv-966

v.                                                Hon. Janet T. Neff

EMILIA BETANCOURT,

          Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed September 12, 2011 by the United States Bankruptcy Judge in this action regarding Plaintiffs' Motion for Entry of a Default Judgment against Defendant Emilia Betancourt.  No objections have been filed.  Therefore,

**IT IS ORDERED** that the Report and Recommendation of  the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Marcia Meoli, Trustee, against Defendant Emilia Betancourt in the amount of $5,000.00, together with interest at the statutory rate and costs of $250.00 pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.


Dated:  September 29, 2011              /s/Janet T. Neff
                                        JANET T. NEFF
                                        UNITED STATES DISTRICT JUDGE